**James N. KOREN, Appellant,**

v.

**BOARD OF DIRECTORS OF THE JERSEY SHORE AREA SCHOOL DISTRICT.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1996.

Decided Dec. 30, 1996.

William A. Hebe, Wellsboro, for Appellant.

J. David Smith, Joanne C. Ludwikowski, Williamsport, for Appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.

NIGRO, J., dissents.

**Robert STEWARD, Petitioner,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

Jan. 10, 1997.

Robert Steward, pro se.

### ORDER

PER CURIAM.

AND NOW, this 10th day of January, 1997, we GRANT Petitioner's Petition for Allowance of Appeal and REMAND this matter to the Commonwealth Court for a determination of the timeliness of Petitioner's notice of appeal to the Commonwealth Court pursuant to *Smith v. Pennsylvania Board of Probation and Parole,* —— Pa. ——, 683 A.2d 278 (1996).

Petitioner's application for leave to proceed *in forma pauperis* before this court is also GRANTED.